UNITED STATES of America,
Plaintiff–Appellee,

v.

Maria Nicolasa SALINAS,
Defendant–Appellant.

No. 04–40777.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Houston, TX, for Plaintiff–Appellee.

L. Aron Pena, Law Offices of L. Aron Pena, Edinburg, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Maria Nicolasa Salinas appeals the sentence imposed following her guilty plea to transporting an illegal alien for private financial gain. Citing *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), Salinas argues that the six-level increase she received pursuant to U.S.S.G. § 2K2.1(b)(5) violated her Sixth Amendment rights. As Salinas did not raise this claim in the district court, our review is for plain error. *See United States v. Mares*, 402 F.3d 511, 520 (5th Cir.2005), *petition for cert. filed* (Mar. 31, 2005) (No. 04–9517). Salinas's argument fails to survive review under this standard because she has not shown that any *Booker* error affected her substantial rights. *See id.* at 522.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.